JS-6

# United States District Court
# Central District of California

SHAHERYAR KHAN,

    Plaintiff,

v.

KENT SETON, et al.,

    Defendants.

Case No. LACV 21-3020 VAP (MAAx)

**JUDGMENT**

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    Pursuant to the Court's Order Granting the Motion to Dismiss, filed under separate cover, the Court DISMISSES Plaintiff's Complaint without prejudice. The Court orders that such judgment be entered.

    **IT IS SO ORDERED.**

Dated:   9/22/21

                                    Virginia A. Phillips
                                    United States District Judge